1  BENJAMIN B. WAGNER
   United States Attorney
2  ALEX LOZADA
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   2:12-CR-00011-CKD
                                  )
11         Plaintiff,              )   Order Continuing Jury Trial
                                  )   and Excluding Time Under Local
12    v.                           )   Code T4
                                  )
13 MONICA GRANADOS,               )   DATE: February 27, 2012
                                  )   TIME: 9:00 a.m.
14         Defendant.              )   JUDGE: Carolyn K. Delaney
   _____)

15

16    It is hereby Ordered that the Trial Confirmation Hearing set

17 for February 27, 2012 is CONTINUED until April 12, 2012 at 9:00

18 a.m. and the Jury Trial set for March 12, 2012 is CONTINUED until

19 April 23, 2012 at 9:00 a.m.  Time is excluded from today's date

20 through April 12, 2012 under Local Code T4, as the Court finds

21 that the ends of justice served by granting this continuance

22 outweigh the best interests of the public and the defendant in a

23 speedy trial.

24    IT IS SO ORDERED.

25 Dated: February 7, 2012

26                            /s/ Carolyn K. Delaney
                              HON. CAROLYN K. DELANEY
27                            United States Magistrate Judge

28